UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 95-605-CR-NESBITT
(SEALED)

UNITED STATES OF AMERICA,

vs.

FRANCISCO SALDANA, etal



This cause came before the Court and pursuant to proceedings held, it is thereupon

**ORDERED AND ADJUDGED** as follows: PURSUANT TO THE ARREST OF THE ABOVE NAMED DEFENDANTS, THIS CASE IS UNSEALED.

**DONE AND ORDERED** at Miami, Florida this 11TH day of OCTOBER, 19 95.

TAPE NO:95G-103 · 1014

UNITED STATES MAGISTRATE JUDGE
WILLIAM C. TURNOFF

c: AUSA
   Defense Counsel
   Pretrial Services
   U.S. Marshal

