UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 18-21576-CIV-SEITZ/WHITE

ANDRE SCALES,

       Movant,

v.

UNITED STATES OF AMERICA,

       Respondent,

_____/

## ORDER AFFIRMING AND ADOPTING IN PART REPORT OF MAGISTRATE JUDGE, DENYING CERTIFICATE OF APPEALABILITY, AND CLOSING CASE

THIS CAUSE is before the Court on the Report of Magistrate Judge [DE 4]. In that Report, Magistrate Judge White recommends that Movant's Petition Pursuant to 28 U.S.C. § 2255(f)(4) [DE 1] be dismissed for lack of jurisdiction, stayed, and transferred to the Eleventh Circuit. The Report finds that the Movant's Petition is a second or successive petition under § 2255 and that Movant has not obtained the necessary authorization from the Eleventh Circuit required to file a successive petition. *See* 28 U.S.C. § 2255(h). Movant has not filed any objections to the Report. Having considered the Report and the record, given that Movant has not filed objections, and because the Court lacks jurisdiction to consider Movant's Petition, the Court will affirm the Report in part, stay the case, and transfer it to the Eleventh Circuit.

The Court will also deny issuance of a certificate of appealability for Movant's motion pursuant to Rule 11 of the Rules Governing Section 2255 Cases. The Court, having established grounds for entering a "final order adverse to the applicant" on this motion, "must issue or deny a certificate of appealability." In order to obtain a certificate of appealability, Movant must make "a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). This

standard is satisfied "by demonstrating that jurists of reason could disagree with the district court's resolution of his constitutional claims or that jurists could conclude the issues presented are adequate to deserve encouragement to proceed further." *Jones v. Secretary*, 607 F.3d 1346, 1349 (11th Cir. 2010) (quotation omitted). Here, Movant has not made this showing.

Thus, having carefully reviewed, *de novo*, Magistrate Judge White's Report and the record, and given that Movant has not filed objections, it is

ORDERED that:

(1) The above-mentioned Report of Magistrate Judge [DE 4] is AFFIRMED and ADOPTED in part,[1] and incorporated by reference into this Court's Order;

(2) Movant's Petition Pursuant to 28 U.S.C. § 2255(f)(4) [DE 1] is STAYED:

(3) Pursuant to 28 U.S.C. § 1631, the Clerk is directed to TRANSFER this case to the Eleventh Circuit;

(4) Within thirty (30) days of the Eleventh Circuit granting Movant the necessary authorization to bring this action, Movant shall notify this Court and move for the lifting of the stay. If Movant fails to timely notify this Court that the Eleventh Circuit has granted the necessary authorization, Movant shall be prohibited from proceeding on his authorized petition;

(5) All pending motions not otherwise ruled upon in this Order are DENIED AS MOOT;

(6) A certificate of appealability is DENIED; and

---

[1] The Court declines to adopt the portion of the Report that recommends that the Movant's Petition be dismissed for lack of jurisdiction.

(7) This case is administratively CLOSED.

DONE and ORDERED in Miami, Florida, this 21st day of June, 2018.

*Patricia A. Seitz*
PATRICIA A. SEITZ
UNITED STATES DISTRICT JUDGE

cc: Magistrate Judge White
All Counsel of Record/Pro se parties